UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TADARRA D. SCRANTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:16CV1435 RLW |
| | ) |
| CATHERINE D. PERRY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the file. On September 6, 2016, plaintiff Tadarra D. Scranton filed a document in this Court purporting to allege a claim against defendant. He neither paid the filing fee, nor filed a motion for leave to proceed in forma pauperis. The Court reviewed the document and found it to be defective, and on September 15, 2016, ordered plaintiff to file an amended complaint within thirty days on a Court-provided form. The Court also ordered plaintiff to either pay the filing fee, or file a motion for leave to proceed in forma pauperis. In that Order, plaintiff was cautioned that his failure to timely comply with the Court's order would result in the dismissal of his case. To date, plaintiff has filed nothing. This action will therefore be dismissed, without prejudice, due to plaintiff's failure to comply with a Court order. Fed. R. Civ. P. 41(b). *See Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (holding that a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Tadarra D. Scranton's complaint is **DISMISSED** without prejudice. A separate order of dismissal will be filed herewith.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 21st day of October, 2016.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE